IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PARTS iD, LLC,** a New Jersey limited liability company,<br><br>**Plaintiff,**<br><br>v.<br><br>**IDPARTS LLC,** a Massachusetts limited liability company,<br><br>**Defendant.** | Civil Action No. 20-cv-11253-RWZ |
| **IDPARTS, LLC**<br><br>**Counterclaim Plaintiff,**<br><br>v.<br><br>**PARTS iD, LLC and PARTS iD, INC.**<br><br>**Counterclaim Defendants** | |

## [RWZ ~~PROPOSED~~] ORDER RE: JOINT STIPULATED MOTON FOR AN EXTENSION OF TIME OF ALL SCHEDULING DEADLINES

The Court having reviewed the Parties' Joint Stipulated Moton for an Extension of Time of All Scheduling Deadlines; and good cause appearing,

IT IS ORDERED that Plaintiff/Counterclaim Defendant PARTS iD, LLC and Defendant/Counterclaim Plaintiff IDParts LLC shall have through and including the following scheduling deadlines:

| Event | Original Date | Extended To |
|---|---|---|
| The party with the burden of proof on any claim or defense shall disclose affirmative expert reports or statements compliant with F.R.C.P. 26(a)(2) | June 11, 2021 | July 31, 2021 |
| A party seeking to rebut an expert designated by another party shall disclose rebuttal expert reports complaint with F.R.C.P. 26(a)(2) | July 12, 2021 | August 31, 2021 |
| Parties to meet and confer regarding scheduling of expert depositions | July 21, 2021 | September 9, 2021 |
| Reply expert reports | August 11, 2021 | September 30, 2021 |
| Completion of Discovery Deadline | August 30, 2021 | October 19, 2021 |
| Dispositive Motion and *Daubert* Motion Deadline | August 30, 2021 | October 19, 2021 |
| Response[1] | September 20, 2021 | November 9, 2021 |
| Reply | October 4, 2021 | November 23, 2021 |
| Final Pretrial Conference | October 11, 2021 or at the Court's convenience | November 30, 2021 |
| Trial Date and Length | October 18, 2021 (5-day trial) | December 6, 2021 |

Entered on this 26th day of 2021
2021.

By THE COURT

Judge Rya W. Zobel

---

[1] Should a party file a dispositive motion after the early motion deadline that has already passed, but prior to this October 19, 2021 deadline, the Court's Local Rules shall dictate the deadlines for responses and a reply, if any.