IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PARTS iD, LLC,** a New Jersey limited liability company,<br><br>**Plaintiff**,<br><br>    v.<br><br>**IDPARTS LLC,** a Massachusetts limited liability company,<br><br>**Defendant**.<br><br>**IDPARTS, LLC**<br><br>**Counterclaim Plaintiff,**<br><br>v.<br><br>**PARTS iD, LLC and PARTS iD, INC.**<br><br>**Counterclaim Defendants** | Civil Action No. 20-cv-11253-RWZ |

**NOTICE OF WITHDRAWAL OF NINA P. BREWER AS ATTORNEY FOR PLAINTIFF**

Pursuant to Rule 83.5.2(C) of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned provides notice that as a result of her resignation from the law firm of BRADFORD, LTD, Nina P. Brewer withdraws as counsel for Plaintiff/Counterclaim Defendant PARTS iD, LLC in the above-captioned case. PARTS iD will continue to be represented by Aaron P. Bradford and Mishele Kieffer of Sheridan Ross P.C. and Daniel J. Cloherty and Christian G. Kiely of Todd & Weld LLP.

2

Dated: September 27, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Nina P. Brewer*
　　　　　　　　　　　　　　　　　　　　　　Nina P. Brewer
　　　　　　　　　　　　　　　　　　　　　　Aaron P. Bradford, *Pro Hac Vice*
　　　　　　　　　　　　　　　　　　　　　　Mishele Kieffer, *Pro Hac Vice*
　　　　　　　　　　　　　　　　　　　　　　SHERIDAN ROSS P.C.
　　　　　　　　　　　　　　　　　　　　　　1560 Broadway, Suite 1200
　　　　　　　　　　　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　　　　　　　　　　　Phone: (303) 863-9700
　　　　　　　　　　　　　　　　　　　　　　Fax: (303) 863-0223
　　　　　　　　　　　　　　　　　　　　　　Email: abradford@sheridanross.com
　　　　　　　　　　　　　　　　　　　　　　　　　　mkieffer@sheridanross.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for PARTS iD, LLC*

　　　　　　　　　　　　　　　　　　　　　　Daniel J. Cloherty (BBO #565772)
　　　　　　　　　　　　　　　　　　　　　　Christian G. Kiely (BBO #684308)
　　　　　　　　　　　　　　　　　　　　　　TODD & WELD LLP
　　　　　　　　　　　　　　　　　　　　　　One Federal Street, 27th Floor
　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　　　(617) 720-2626
　　　　　　　　　　　　　　　　　　　　　　dcloherty@toddweld.com
　　　　　　　　　　　　　　　　　　　　　　ckiely@toddweld.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for PARTS iD, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2021 a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF NINA P. BREWER AS ATTORNEY FOR PLAINTIFF** was served via email on the following:

John Strand
Amanda B. Slade
jstrand@wolfgreenfield.com
aslade@ wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210

*Counsel for IDParts LLC*

          */s/ Nina P. Brewer*
          Nina P. Brewer