UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PARTS iD, LLC,** a New Jersey limited liability company,<br>**Plaintiff**,<br><br>  v.<br><br>**IDPARTS LLC,** a Massachusetts limited liability company,<br>**Defendant**. | Civil Action No. 20-cv-11253-RWZ |

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiff/Counterclaim Defendant PARTS iD, LLC and Defendant/Counterclaim Plaintiff IDParts LLC, through counsel, jointly agree and stipulate to the extensions of certain deadlines to permit the parties to complete party depositions in advance of discovery deadlines. In view of the upcoming discovery deadlines, the parties jointly request that the Court modify the schedule through and including the following dates:

| Event | Current Deadline (Dkt. No. 28) | Proposed Deadline |
|---|---|---|
| Completion of Discovery Deadline | February 24, 2022 | April 15, 2022 |
| Deadline for *Daubert* Motions and Dispositive Motions | February 24, 2022 | May 13, 2022 |
| Responses | March 17, 2022 | June 3, 2022 |
| Reply | March 28, 2022 | June 17, 2022 |
| Final Pretrial Conference | May 4, 2022 | July 27, 2022, or at the Court's convenience |

|  |  |  |
|---|---|---|
| Trial Date and Length | TBA at Final Pretrial Conference | TBA at Final Pretrial Conference |

The parties filed a Joint Stipulated Motion for an Extension of Time on September 24, 2021 (Dkt. 71) and the Court granted the request on September 30, 2021 (Dkt. 73). Since then, the parties have continued to work diligently to complete remaining discovery, but have not yet completed necessary fact and expert depositions. However, counsel for the parties are actively working to find mutually agreeable dates for the remaining depositions. The parties have further agreed that given the potential impact of the information received from the depositions on material aspects of this case, additional time is needed for the subsequent motion deadlines.

With regard to the depositions, the parties' ability to proceed with scheduling depositions for two fact witnesses, namely Steven Royzenshteyn and Roman Gerashenko, is currently outside their control. Messrs. Royzenshteyn and Gerashenko are the founders of plaintiff PARTS iD LLC and PARTS iD identified them in its Initial Disclosures as individuals likely to have discoverable information that PARTS iD may use to support its claims. However, Messrs. Royzenshteyn and Gerashenko are no longer employed by PARTS iD. Messrs. Royzenshteyn and Gerashenko individually moved to quash IDParts' subpoenas in the U.S. District Court for the District of New Jersey and the parties are waiting for that court to issue a decision on the motion. *See PARTS ID, LLC v. IDPARTS, LLC,* D.N.J. Case No. 3:21-cv-19229-ZNG-LHG.

Although the parties remain hopeful that the depositions of fact witnesses can be completed promptly, in the event that a ruling on the pending Motion to Quash Subpoenas is not issued with enough time to schedule the depositions before April 15, 2022, IDParts reserves its right to seek additional relief from this Court to allow it to take the depositions of Messrs.

Royzenshteyn and Gerashenko and to attend to any additional discovery that may arise as a result of information gained through these depositions.

The parties therefore respectfully request that the Court enter the proposed order lodged herewith extending all scheduling deadlines.

Respectfully submitted,

| | |
|---|---|
| */s/ John Strand* | */s/ Aaron P. Bradford* |
| John Strand (BBO #654985) | Aaron P. Bradford, *Pro Hac Vice* |
| jstrand@wolfgreenfield.com | 1560 Broadway, Suite 1200 |
| Tonia A. Sayour, *Pro Hac Vice* | Denver, CO 80202 |
| tonia.sayour@wolfgreenfield.com | (303) 325-5467 |
| WOLF, GREENFIELD & SACKS, P.C. | abradford@sheridanross.com |
| 600 Atlantic Avenue | |
| Boston, MA 02210 | Daniel J. Cloherty (BBO #565772) |
| 617.646.8000 Phone | Christian G. Kiely (BBO #684308) |
| 617.646.8646 Fax | TODD & WELD LLP |
| | One Federal Street, 27th Floor |
| | Boston, MA 02110 |
| *Counsel for IDParts LLC* | (617) 720-2626 |
| | dcloherty@toddweld.com |
| | ckiely@toddweld.com |
| | |
| | *Counsel for PARTS iD, LLC* |

Dated: February 14, 2022

**CERTIFICATE OF SERVICE**

   I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

               */s/ John Strand*
               John Strand