UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PARTS iD, LLC,** a New Jersey limited liability company,<br>**Plaintiff**,<br><br>        v.<br><br>**IDPARTS LLC,** a Massachusetts limited liability company,<br>**Defendant**. | Civil Action No. 20-cv-11253-RWZ |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff/Counterclaim Defendant PARTS iD, LLC and Defendant/Counterclaim Plaintiff IDParts LLC, through counsel, jointly agree and stipulate to the further extensions of certain deadlines to permit the parties to complete party depositions in advance of discovery deadlines. In view of the upcoming discovery deadlines, the parties jointly request that the Court modify the schedule through and including the below dates. The parties ask that the below proposed schedule take precedent over the previously proposed schedule, which was filed on February 14, 2022 (Dkt. 78).

| Event | Current Deadline (Dkt. No. 28) | Proposed Deadline |
|---|---|---|
| Completion of Discovery Deadline | February 24, 2022 | May 16, 2022 |
| Deadline for *Daubert* Motions and Dispositive Motions | February 24, 2022 | June 13, 2022 |
| Responses | March 17, 2022 | July 5, 2022 |

| Reply | March 28, 2022 | July 18, 2022 |
|---|---|---|
| Final Pretrial Conference | May 4, 2022 | August 29, 2022, or at the Court's convenience |
| Trial Date and Length | TBA at Final Pretrial Conference | TBA at Final Pretrial Conference |

The parties filed a Joint Stipulated Motion for an Extension of Time on September 24, 2021 (Dkt. 71) and the Court granted the request on September 30, 2021 (Dkt. 73). The parties then filed a second Joint Stipulated Motion for an Extension of Time on February 14, 2022 (Dkt. 78). Though that Stipulated Motion is still pending before the Court, by agreement of the parties, the parties have continued to work diligently to complete remaining discovery under their proposed schedule, and have taken, and are continuing to take, expert depositions. Counsel for the parties are continuing to work to find mutually agreeable dates to the remaining fact and expert depositions.

With regard to the depositions, the parties' ability to proceed with scheduling depositions for two fact witnesses, namely Steven Royzenshteyn and Roman Gerashenko, remains outside their control. Messrs. Royzenshteyn and Gerashenko are the founders of plaintiff PARTS iD LLC and PARTS iD identified them in its Initial Disclosures as individuals likely to have discoverable information that PARTS iD may use to support its claims. While it does not object to their depositions, PARTSiD has indicated that it will not be calling them at trial. However, Messrs. Royzenshteyn and Gerashenko are no longer employed by PARTS iD. Messrs. Royzenshteyn and Gerashenko individually moved to quash IDParts' subpoenas in the U.S. District Court for the District of New Jersey and the parties are waiting for that court to issue a

decision on the motion, which they hope to receive soon. *See PARTS ID, LLC v. IDPARTS, LLC,* D.N.J. Case No. 3:21-cv-19229-ZNG-LHG.

Although the parties remain hopeful that the depositions of fact witnesses can be completed promptly, it is possible that a ruling on the pending Motion to Quash Subpoenas will be issued with enough time to schedule the depositions by the proposed May 16, 2022 deadline. In the event the parties are still awaiting a ruling on the Motion to Quash Subpoenas, IDParts reserves its right to seek additional relief from this Court to allow it to take the depositions of Messrs. Royzenshteyn and Gerashenko and to attend to any additional discovery that may arise as a result of information gained through these depositions.

The parties therefore respectfully request that the Court enter the proposed order lodged herewith extending all scheduling deadlines.

Respectfully submitted,

| */s/ John Strand* | */s/ Aaron P. Bradford* |
|---|---|
| John Strand (BBO #654985) | Aaron P. Bradford, *Pro Hac Vice* |
| jstrand@wolfgreenfield.com | 1560 Broadway, Suite 1200 |
| Tonia A. Sayour, *Pro Hac Vice* | Denver, CO 80202 |
| tonia.sayour@wolfgreenfield.com | (303) 325-5467 |
| WOLF, GREENFIELD & SACKS, P.C. | abradford@sheridanross.com |
| 600 Atlantic Avenue | |
| Boston, MA 02210 | Daniel J. Cloherty (BBO #565772) |
| 617.646.8000 Phone | Christian G. Kiely (BBO #684308) |
| 617.646.8646 Fax | TODD & WELD LLP |
| | One Federal Street, 27th Floor |
| | Boston, MA 02110 |
| *Counsel for IDParts LLC* | (617) 720-2626 |
| | dcloherty@toddweld.com |
| | ckiely@toddweld.com |
| | |
| | *Counsel for PARTS iD, LLC* |

Dated: April 12, 2022

## CERTIFICATE OF SERVICE

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

|  |  |
|---|---|
|  | */s/ John Strand* |
| Dated: April 12, 2022 | John Strand |