UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PARTS ID, LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>IDPARTS LLC,<br><br>　　　　　　　Defendant. | Civil Action No.: 20-cv-11253 |

**NOTICE OF LIMITED APPEARANCE ON BEHALF OF
NON-PARTIES MICHAEL GELLER AND DLA PIPER LLP**

　　Blake Eudy, of DLA Piper LLP (US), hereby enters his appearance for the purposes of responding to and defending non-parties Michael Geller and DLA Piper LLP in connection with subpoenas issued on behalf of IDParts LLC in the above-captioned matter.

Dated: April 26, 2022

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**DLA PIPER LLP (US)**

　　　　　　　　　　　　　　　　　　　　*/s/ Blake Eudy*
　　　　　　　　　　　　　　　　　　　　Blake Eudy (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　401 B Street, Suite 1700
　　　　　　　　　　　　　　　　　　　　San Diego, CA 92101-4297
　　　　　　　　　　　　　　　　　　　　Tel: (619) 699-2700
　　　　　　　　　　　　　　　　　　　　Fax: (619) 699-2701
　　　　　　　　　　　　　　　　　　　　blake.eudy@us.dlapiper.com

**CERTIFICATE OF SERVICE**

　　I, Blake Eudy, certify that on April 26, 2022 a true and correct copy of the foregoing document was served on all counsel of record by filing it with the courts Nextgen CM/ECF system.

　　　　　　　　　　　　　　　　　　　　*/s/ Blake Eudy*
　　　　　　　　　　　　　　　　　　　　Blake Eudy