**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PARTS ID, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>IDPARTS LLC,<br><br>       Defendant. | Civil Action No.  20-cv-11253-RWZ |
| IDPARTS LLC,<br><br>       Counterclaim Plaintiff,<br><br>v.<br><br>PARTS ID, LLC and PARTS ID, INC.,<br><br>       Counterclaim Defendants. | |

**IDPARTS LLC'S MOTION TO EXCLUDE THE
EXPERT TESTIMONY OF ALLEN ADAMSON AND FRANK BUSCEMI**

For reasons stated in its supporting memorandum accompanying this motion, Defendant

IDParts LLC moves this Court for an order excluding the proposed purported expert testimony of

Allen Adamson and Frank Buscemi.

Respectfully submitted,

IDPARTS LLC

Date: June 13, 2022

*/s/ John L. Strand*

John L. Strand (BBO # 654985)
Amanda B. Slade (BBO # 703951)
Quincy Kayton (BBO # 696797)
jstrand@wolfgreenfield.com
aslade@wolfgreenfield.com
qkayton@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
617.646.8000 Phone
617.646.8646 Fax

Tonia A. Sayour, *pro hac vice*
tsayour@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
605 Third Avenue
New York, NY 10158
212.697.7890 Phone
617.646.8646 Fax

Marc C. Laredo, (BBO # 543973)
laredo@laredosmith.com
LAREDO & SMITH, LLP
101 Federal Street, Suite 650
Boston, MA 02110
617-443-1100 Phone

*Counsel for IDPARTS LLC*

2

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

The undersigned hereby certifies that counsel for IDParts conferred with counsel for Plaintiff and attempted in good faith to resolve or narrow the issues in dispute on June 10, 2022, but the parties were unable to do so.

/s/ John L. Strand
John L. Strand

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

Dated: June 13, 2022                    /s/ John L. Strand
                                        John L. Strand