UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-CV-11253-RWZ

PARTS ID, LLC

v.

IDPARTS, LLC

ORDER

September 6, 2022

ZOBEL, S.D.J.

Plaintiff Parts ID, LLC, formerly known as Onyx Enterprises International Corp., alleges that Defendant, IDParts LLC, continues to infringe its trademark, "iD." Defendant moved for summary judgment based on the equitable doctrine of laches, asserting that Plaintiff unreasonably delayed bringing this lawsuit, causing harm to Defendant. Docket # 85. Plaintiff, on the other hand, alleges that it brought the lawsuit within the required time period, any delay was reasonable, and that Defendant has not suffered any harm. Docket # 101. The motion is denied.

The matter is inappropriate for disposition on summary judgment because there are several material facts in dispute. Fed. R. Civ. P. 56(a) ("The court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law."). For example, the parties dispute when Plaintiff should have known about Defendant's use of the mark; whether Plaintiff delayed bringing this lawsuit; whether any such delay was reasonable; whether

1

Plaintiff took reasonable steps to protect its mark; and whether either party suffered harm by the other's use of the mark.  See, e.g., Smartling, Inc. v. Skawa Innovation Ltd., 358 F. Supp. 3d 124, 154 (D. Mass. 2019) (denying summary judgment based on laches because Defendant "failed to establish that there are no triable issues of fact as to whether [Plaintiff] excusably delayed").

Defendant's motion for summary judgment (Docket # 85) is DENIED.

September 6, 2022
DATE

RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE