UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-CV-11253-RWZ

PARTS ID, LLC

v.

IDPARTS, LLC

ORDER

October 20, 2022

ZOBEL, S.D.J.

Plaintiff Parts ID, LLC, formerly known as Onyx Enterprises International Corp., alleges that Defendant, IDParts LLC, continues to infringe its trademark, "iD." Defendant moved to exclude three of Plaintiff's proposed experts for trial. Docket ## 90, 92.

Defendant's motion to exclude the expert testimony of Allen Adamson and Frank Buscemi (Docket # 92) is ALLOWED as to <u>one</u> of the experts, because their purported testimony is substantially similar. As proponent of Mr. Adamson and Mr. Buscemi, Plaintiff shall select which one expert to offer at trial.

Defendant's motion to exclude the expert testimony of Steven B. Pokotilow (Docket # 90) will be decided if and when it becomes relevant at trial. A jury trial is scheduled to begin on January 30, 2023. The pretrial conference will be held on January 5, 2023.

__10/20/2022__
DATE

_/s/ Rya W. Zobel_
RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE