IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PARTS ID, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>IDPARTS LLC,<br><br>   Defendant. | Civil Action No. 20-cv-11253-ADB |
| IDPARTS LLC,<br><br>   Counterclaim Plaintiff,<br><br>v.<br><br>PARTS ID, LLC and PARTS ID, INC.,<br><br>   Counterclaim Defendants. | |

**DEFENDANT'S MOTION *IN LIMINE* NO. 1: TO EXCLUDE
EVIDENCE OR ARGUMENT RELATING TO NON-PARTY VOLKSWAGEN**

  Defendant/Counterclaim Plaintiff IDParts LLC ("Defendant") hereby moves *in limine* to preclude Plaintiff/Counterclaim Defendant PARTS iD, LLC and PARTS iD, INC. ("Plaintiff") from presenting evidence or argument at trial related to non-party Volkswagen, including but not limited to precluding Plaintiff from referring to its litigation against Volkswagen and from introducing Plaintiff's Proposed Trial Exhibits A-H at trial as irrelevant under Fed. R. Evid. 402 and prejudicial to Defendant and confusing and misleading to the jury pursuant to Fed. R. Evid. 403 for reasons stated in its supporting memorandum filed herewith. Plaintiff and Defendant have agreed to file this motion *in limine* with the Court.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: September 8, 2023 | /s/ *John L. Strand* |
|  | John L. Strand (BBO #654985) |
|  | Jason Balich (BBO #687384) |
|  | Kevin Y. Li (BBO #707413) |
|  | jstrand@wolfgreenfield.com |
|  | jbalich@wolfgreenfield.com |
|  | kli@wolfgreenfield.com |
|  | WOLF, GREENFIELD & SACKS, P.C. |
|  | 600 Atlantic Avenue |
|  | Boston, MA 02210 |
|  | 617.646.8000 Phone |
|  | 617.646.8646 Fax |
|  |  |
|  | Marc C. Laredo, (BBO #543973) |
|  | laredo@laredosmith.com |
|  | LAREDO & SMITH, LLP |
|  | 101 Federal Street, Suite 650 |
|  | Boston, MA 02110 |
|  | 617-443-1100 Phone |
|  |  |
|  | *Counsel for IDPARTS LLC* |

**CERTIFICATE OF SERVICE**

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                                   /s/ *John L. Strand*
                                                   John L. Strand