IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PARTS ID, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>IDPARTS LLC,<br><br>       Defendant. | Civil Action No.  20-cv-11253-ADB |
| IDPARTS LLC,<br><br>       Counterclaim Plaintiff,<br><br>v.<br><br>PARTS ID, LLC and PARTS ID, INC.,<br><br>       Counterclaim Defendants. | |

**DECLARATION OF JOHN L. STRAND
IN SUPPORT OF DEFENDANT'S MOTION *IN LIMINE* NOS. 1-5:**

I, John L. Strand, declare:

    1.    I am an attorney licensed to practice in the Commonwealth of Massachusetts and a Shareholder at the law firm of Wolf, Greenfield & Sacks P.C., which represents Defendant and Counterclaim Plaintiff IDParts LLC ("Defendant") in the above-referenced action. I am familiar with the facts set forth in this Declaration and could testify competently to the truth thereof if called as a witness.

2.      Attached hereto as **Exhibit A** is a true and accurate copy of a document that Defendant produced during discovery having Bates numbers IDPARTS_0018211-217, which Plaintiff has designated as one of its trial exhibits.

3.      Attached hereto as **Exhibit B** is a true and accurate copy of a document that Defendant produced during discovery having Bates numbers IDPARTS_0017707-709, which Plaintiff has designated as another one of its trial exhibits.

4.      Attached hereto as **Exhibit C** is a true and accurate copy of a document that Defendant produced during discovery having Bates number IDPARTS_0017721, which Plaintiff has designated as another one of its trial exhibits.

5.      Attached hereto as **Exhibit D** is a true and accurate copy of a document that Defendant produced during discovery having Bates numbers IDPARTS_0017722-726, which Plaintiff has designated as another one of its trial exhibits.

6.      Attached hereto as **Exhibit E** is a true and accurate copy of a document that Defendant produced during discovery having Bates numbers IDPARTS_0017694-695, which Plaintiff has designated as another one of its trial exhibits.

7.      Attached hereto as **Exhibit F** is a true and accurate copy of a document that Defendant produced during discovery having Bates numbers IDPARTS_0017551-553, which Plaintiff has designated as another one of its trial exhibits.

8.      Attached hereto as **Exhibit G** is a true and accurate copy of a document that Defendant produced during discovery having Bates numbers IDPARTS_0018229-230, which Plaintiff has designated as another one of its trial exhibits.

9.    Attached hereto as **Exhibit H** is a true and accurate copy of the Amended Privilege Log of IDParts LLC dated September 10, 2021, which Plaintiff has designated as another one of its trial exhibits.

10.    Attached hereto as **Exhibit I** is a true and accurate copy[1] of a document that Defendant produced during discovery having Bates numbers IDPARTS_0016933-957, which Plaintiff has designated as another one of its trial exhibits.

11.    Attached hereto as **Exhibit J** is a true and accurate copy[1] of a document that Defendant produced during discovery having Bates numbers IDPARTS_0016790-795, which Plaintiff has designated as another one of its trial exhibits.

12.    Attached hereto as **Exhibit K** is a true and accurate copy[1] of excerpts of the deposition of Corey Evans, taken March 23, 2021.

13.    Attached hereto as **Exhibit L** is a true and accurate copy of the prosecution history for US Trademark Application Serial No. 86414309, which Defendant produced during discovery having Bates numbers IDPARTS_0019437-469, and which Plaintiff has designated as another one of its trial exhibits.

14.    Attached hereto as **Exhibit M** is a true and accurate copy of the July 21, 2019 non-final office action in US Trademark Application Serial No. 86414309 that was filed with the Complaint (see Dkt. 1-1), which Plaintiff has designated as another one of its trial exhibits.

15.    Attached hereto as **Exhibit N** is a true and accurate copy of excerpts from the transcript of the October 18, 2022 motion hearing before the Court.

---

[1] The confidentiality branding which was included in the as-produced copy has been redacted for public filing.

16. Attached hereto as **Exhibit O** is a true and accurate copy of excerpts from Plaintiff's Buscemi Expert Report.

17. Attached hereto as **Exhibit P** is a true and accurate copy of excerpts of the deposition of Stanislav Royzenshteyn, taken July 28, 2022.

18. Attached hereto as **Exhibit Q** is a true and accurate copy of excerpts of the deposition of Roman Gerashenko, taken July 28, 2022.

19. Attached hereto as **Exhibit R** is a true and accurate copy of excerpts from Plaintiff's Shoemaker Expert Report.

20. Attached hereto as **Exhibit S** is a true and accurate copy of excerpts of the deposition of Frank Buscemi, taken April 12, 2022.

21. Attached hereto as **Exhibit T** is a true and accurate copy of Trademark Manual of Examining Procedure § 1301.02, also available at https://tmep.uspto.gov/RDMS/TMEP/current#/current/TMEP-1300d1e1.html.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: September 8, 2023         /s/ *John L. Strand*
                                John L. Strand

                                *Counsel for IDPARTS LLC*

**CERTIFICATE OF SERVICE**

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

Dated: September 8, 2023

/s/ *John L. Strand*
John L. Strand